DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
NOV 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
LILLIAN TEVES

Chapter 13
Case No. 08-3-1310 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $4.32 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 015 | CLERK OF THE COURT FOR ARCHSTONE/C/O KIMBALL TIREY & ETAL 1202 KETTNER BLVD., 5TH FLR SAN DIEGO, CA 92101 | $4.32 |

Dated:   November 8, 2011

CECILIA MARCELO
Receipts Administrator

Case: 08-31310   Doc# 38   Filed: 11/09/11   Entered: 11/09/11 11:55:57   Page 1 of 1